

| | **State of New Jersey** | |
|---|---|---|
| PHILIP D. MURPHY<br>*Governor* | OFFICE OF THE ATTORNEY GENERAL<br>DEPARTMENT OF LAW AND PUBLIC SAFETY<br>DIVISION OF LAW<br>124 Halsey Street<br>P.O. Box 45029<br>Newark, NJ 07101 | GURBIR S. GREWAL<br>*Attorney General* |
| SHEILA Y. OLIVER<br>*Lt. Governor* | | MICHELLE L. MILLER<br>*Director* |

June 24, 2020

**<u>Via CM/ECF eFile</u>**
Hon. Robert B. Kugler, U.S.D.J.
Mitchell H. Cohen U.S. Courthouse
1 John F. Gerry Plaza
Camden, New Jersey 08101

      **Re:** *Mathews, et al. v. Murphy, et al.*
           **Civil Action No. 1:20-cv-07220-RBK-AMD**

Dear Judge Kugler:

      This office represents New Jersey Governor Philip D. Murphy, Attorney General Gurbir S. Grewal, and New Jersey State Police Superintendent Patrick J. Callahan in the above-referenced matter.

      With the consent of all parties, Defendants write to advise the Court that, earlier today, Governor Murphy announced that indoor recreational activities, including shooting ranges, will be permitted to re-open on July 2, 2020, at 25% capacity and subject to social distancing protocols. *See* Governor Phil Murphy (@GovMurphy), Twitter (June 24, 2020, 1:10 PM), https://twitter.com/GovMurphy/status/1275838686765166598.

      Because the parties anticipate — consistent with the Governor's announcement — that an Executive Order will be issued prior to July 2, 2020, that will affect issues raised in this matter, the parties have agreed to ask the Court to suspend all deadlines, including the current briefing schedule applicable to Plaintiffs' motion for a temporary restraining order and/or preliminary injunctive relief, until further notice.



124 HALSEY STREET • TELEPHONE: (973) 648-7811 • FAX: (973) 648-7782
*New Jersey Is An Equal Opportunity Employer • Printed on Recycled Paper and Recyclable*

The parties are currently discussing the resolution of this case. We will provide the Court with an update in the near future.

Thank you for your attention to this matter.

                                  Respectfully submitted,

                                  GURBIR S. GREWAL
                                  ATTORNEY GENERAL OF NEW JERSEY

                          By: /s/ Bryan Edward Lucas
                               Bryan Edward Lucas
                               Deputy Attorney General

cc:   Stuart M. Feinblatt, Assistant Attorney General   **(Via Email & CM/ECF)**
       Daniel L. Schmutter, Esq.   **(Via Email & CM/ECF)**
       David H. Thompson, Esq.   **(Via Email & CM/ECF)**
       Peter A. Patterson, Esq.   **(Via Email & CM/ECF)**