UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

MINUTES OF PROCEEDINGS

**CAMDEN OFFICE**

**DATE OF PROCEEDING**:   June 25, 2020

**JUDGE ROBERT B. KUGLER**

**COURT REPORTER:**   CARL NAMI, JR.

**TITLE OF CASE:**              **DOCKET NO.:** 20-7220 (RBK)(AMD)

DIANNA MATHEWS, et al.

v

PHILIP D. MURPHY, et al.

**APPEARANCES:**
David Thompson, Esq., and Peter Patterson, Esq., for Plaintiffs
Bryan Lucas, DAG, and Stuart Feinblatt, AAG, for Defendants

**NATURE OF PROCEEDINGS**:   TELEPHONE STATUS CONFERENCE

**DISPOSITION:**
Telephonic status conference held on the record.
Ordered all deadlines/hearings suspended.
Plaintiff to submit status report July 6, 2020.

s/Lawrence MacStravic
Deputy Clerk

Time Commenced: 12:00p.m.    Time Adjourned: 12:05p.m.    Total Time in Court: 0:05