GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY
124 Halsey Street
P.O. Box 45029
Newark, NJ 07101
Attorney for Defendants,
   Philip D. Murphy, Gurbir S. Grewal, and Patrick
   J. Callahan

By:   Bryan Edward Lucas (108462015)
      Deputy Attorney General
      (973) 648-7811
      Bryan.Lucas@law.njoag.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| DIANNA MATHEWS; BOB'S LITTLE SPORT SHOP, INC.; IRENE KOCZERZUK; and ASSOCIATION OF NEW JERSEY RIFLE & PISTOL CLUBS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> PHILIP D. MURPHY, in his official capacity as the Governor of New Jersey, and GURBIR S. GREWAL, in his official capacity as Attorney General of New Jersey, and PATRICK J. CALLAHAN, in his official capacity as Superintendent of the New Jersey Division of State Police and as State Director of Emergency Management, <br><br> Defendants. | Hon. Robert B. Kugler, U.S.D.J. <br> Hon. Ann Marie Donio, U.S.M.J. <br><br> Docket No. 1:20-cv-07220-RBK-AMD <br><br> **CIVIL ACTION** <br><br> **CONSENT ORDER ADMINISTRATIVELY TERMINATING ACTION** |

**THIS MATTER** having come before the Court by way of a joint application by the parties, and all parties having consented to administrative termination of this matter, and for good cause shown,

IT IS, on this 30 day of June, 2020, **ORDERED** that this action is **ADMINISTRATIVELY TERMINATED**, without prejudice to any party's right to make a letter request to restore this matter to the active docket at the appropriate time.

_____
HON. ROBERT B. KUGLER, U.S.D.J.

The undersigned attorneys hereby consent to the form and entry of the foregoing Order.

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By: /s/ Bryan Edward Lucas
    Bryan Edward Lucas
    Deputy Attorney General
    *Attorney for Defendants*

Dated: June 29, 2020

/s/ Daniel L. Schmutter
Daniel L. Schmutter, Esq.
*Attorney for Plaintiffs*

Dated: June 29, 2020